UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 05cr1633-L |
| Plaintiff, | ) ) | |
| v. | ) ) | **AMENDED ORDER** <br> **OF CRIMINAL FORFEITURE** |
| PETS PHARMA, S.A. De C.V.(1), | ) ) | |
| Defendant. | ) ) | |

WHEREAS, in the Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named Defendant, PETS PHARMA, S.A. De C.V.(1) ("Defendant"), pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2), as property obtained directly or indirectly as the result of the commission of the violations charged in the Indictment; and

WHEREAS, on or about June 4, 2007, Defendant pled guilty to Count 2 of the Indictment, which plea included a consent to the forfeiture allegations of the Indictment and an agreement to entry of a $500,000 judgment against the Defendant in favor of the United States; and

WHEREAS, on July 26, 2007, an Order of Forfeiture was entered for a money judgment of $500,000 against the Defendant; and

WHEREAS, on or about October 29, 2007, an agreement was reached whereby the amount of the money judgment was reduced to $125,000; and

//

1   WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and
2   guilty plea, the Court determined that **$125,000** (U.S. dollars) represents the drug proceeds the
3   Defendant obtained directly or indirectly as a result of the violation of Title 21, United States Code,
4   Sections 846 and 841(a)(1), as charged in the Indictment; and

5   WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now
6   entitled to an Amended Order of Forfeiture and a judgment in its favor against the Defendant in
7   the amount of **$125,000**, pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of
8   Criminal Procedure; and

9   WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent
10  that the forfeiture consists of a money judgment;" and

11  WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has
12  established the requisite nexus between the $125,000 judgment and the offense; and

13  WHEREAS, the United States, having submitted the Amended Order herein to the
14  Defendant through its attorney of record, to review, and no objections having been received;

15  Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

16  1.  Defendant PETS PHARMA, S.A. De C.V.(1) shall forfeit to the United States the
17  sum of **$125,000** pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2); and

18  2.  The Clerk of the Court is directed to enter a judgment in favor of the United States
19  against Defendant PETS PHARMA, S.A. De C.V. in the amount of **$125,000.00** with interest to
20  accrue thereon in accordance with law; and

21  3.  This Court shall retain jurisdiction in the case for the purpose of enforcing the order
22  of forfeiture and collecting and enforcing the judgment; and

23  4.  Pursuant to Rule 32.2(b)(3), this Amended Order of Forfeiture was made final as
24  to the Defendant at the time of sentencing and is part of the sentence and included in the judgment;
25  and

26  5.  The United States may, at any time, move pursuant to Rule 32.2(e) to amend this
27  Amended Order of Forfeiture to substitute property having a value not to exceed **$125,000** to
28  satisfy the money judgment in whole or in part; and

6. The United States may take any and all actions available to it to collect and enforce the judgment.

**IT IS SO ORDERED.**

DATED: October 31, 2007

                            M. James Lorenz
                            United States District Court Judge